144 A.3d 706

**BENNER, Dean Lee**

v.

**STATE of Maryland**

**Pet. Docket No. 222, Sept. Term, 2016**

Court of Appeals of Maryland.

August 22, 2016

Petition for writ of certiorari denied.

144 A.3d 706

**CHISOLM, Quincy**

v.

**STATE of Maryland**

**Pet. Docket No. 236, Sept. Term, 2016**

Court of Appeals of Maryland.

August 22, 2016

Petition for writ of certiorari denied.